# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

ANGELO FEARS,

        Petitioner,    :    Case No. 2:17-cv-029

  - vs -                        District Judge Michael R. Barrett
                                     Magistrate Judge Michael R. Merz

CHARLOTTE JENKINS, Warden,

                                          :

        Respondent.

## SCHEDULING ORDER REGARDING OBJECTIONS

      This case was transferred to the Sixth Circuit as a second-or-successive habeas corpus petition on January 12, 2017 (ECF No. 6).  Petitioner objected, but the Transfer Order had already been docketed, depriving this Court of jurisdiction to consider the Objections.  The Sixth Circuit has now vacated the Transfer Order as "prematurely docketed."

      Accordingly, Respondent's time to respond to the Objections under Fed. R. Civ. P. 72(a) is extended to and including March 9, 2017.

February 23, 2017.

                                                                        s/ *Michael R. Merz*
                                                                  United States Magistrate Judge